**Order entered June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01180-CV

## IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 01-09-843**

## ORDER

Before the Court is appellant's June 4, 2015 motion requesting both an extension of time to file an amended brief and permission to exceed the word limit. We **GRANT** the motion with respect to an extension of time. Appellant shall file an amended brief by **JUNE 30, 2015**. We **DENY** the motion with respect to exceeding the word limit.

/s/    ELIZABETH LANG-MIERS
       JUSTICE